UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | NO. CR98-5141T |
| Plaintiff, | ) ) | ORDER SEALING MOTION AND MEMORANDUM IN SUPPORT OF |
| vs. | ) ) | MOTION FOR REDUCTION OF SENTENCE PURSUANT TO 18 U.S.C. |
| ALLEN WILLIAMS, | ) ) | § 3582(c) |
| Defendant. | ) ) | |

The Court having considered the Motion for Order Sealing Defendant's Motion and Memorandum in Support of Motion for Reduction of Sentence Pursuant to 18 U.S.C. § 3582(c),

NOW THEREFORE IT IS HEREBY ORDERED that the above motion and memorandum and any appendixes thereto be sealed.

DONE this 8th day of May, 2009.

_____
RONALD B. LEIGHTON
UNITED STATES DISTRICT JUDGE

Presented by:

/s/ *Jerome Kuh*
JEROME KUH
Attorney for Defendant